| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § No. 1:20CR79 |
| | § |
| CURTIS BRUMLEY (15) | § |

## FACTUAL BASIS

The government presents to the Court, by and through the undersigned Assistant United States Attorney in and for the Eastern District of Texas, joined by the defendant **Curtis Brumley**, and the defendant's attorney Gary Dennison, and presents this factual basis and stipulation in support of the defendant's plea of guilty to Count One of the Information and in support thereof, would show the following:

1. That the defendant **Curtis Brumley**, hereby stipulates and agrees to the truth of all matters set forth in this factual basis and stipulation, and agrees that such admission may be used by the Court in support of his plea of guilty to Count One of the Information, alleging a violation of 21 U.S.C. § 841, Possession with intent to distribute 5 grams or more of methamphetamine "actual."

2. That the defendant, **Curtis Brumley**, who is pleading guilty to such Information, is one and the same person charged in the information.

3. That the events described in the Information occurred in the Eastern District of Texas.

4. That had this matter proceeded to trial, the government, through the testimony of witnesses, including expert witnesses, and through admissible exhibits, would have proven, beyond a reasonable doubt, each and every essential element of the offense alleged in the Information; specifically, the government would have proven:

Beginning in 2018, the Drug and Enforcement Administration (DEA), the Bureau of Alcohol Tobacco, Firearms, and Explosives (ATF) and the Jasper Police Department (JPD) began an investigation into the Limbrick Drug Trafficking Organization (Limbrick DTO), operating out of Jasper, Texas, which is in the Eastern District of Texas.

On July 28, 2019, law enforcement officials utilized a CS to arrange the purchase of methamphetamine from Limbrick. Limbrick directed the CS to travel to the America's Best Value Inn, located in Jasper, Texas. After contacting Limbrick again, Limbrick directed the CS to travel to the Whataburger, on Wheeler Street in Jasper, Texas. After arriving at the Whataburger, **Curtis Brumley (Brumley)** approached and entered the CS's vehicle and informed the CS to drive to another location which Limbrick had instructed Brumley to drive to with the CS, which was also located in Jasper, Texas. Upon arrival a vehicle pulled up behind the CS's vehicle, and Cedrick Hunt (Hunt) exited the vehicle, approached the CS's vehicle and placed a plastic bag on the CS's floorboard that appeared to contain suspected methamphetamine. The CS provided hunt with $500. The CS asked for change and Hunt and the CS exited the vehicle, walked

toward the vehicle that Hunt had exited, and both spoke to Limbrick who was seated in Hunt's passenger seat. Hunt was given $46 dollars in change by Limbrick to provide to the CS. The CS asked Limbrick for a scale, but Limbrick indicated the weight was good. The CS then provided officers with the suspected methamphetamine. The suspected methamphetamine was submitted to the DEA's South Central Laboratory for analysis. It determined the substance to be 27.31 grams of d-methamphetamine Hydrochloride at a 99 percent purity.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

5. I have read this factual basis and stipulation and the Information or have had them read to me and have discussed them with my attorney. I fully understand the contents of this factual basis and stipulation and agree without reservation that it accurately describes the events and my acts.

Dated: 2/19/21

*Curtis Brumley*
Curtis Brumley
Defendant

### DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

6. I have read this factual basis and stipulation and the Information and have reviewed them with my client, **Curtis Brumley**. Based upon my discussions with the defendant, I am satisfied that the defendant understands the factual basis and

stipulation as well as the Information and is knowingly and voluntarily agreeing to these stipulated facts.

Dated: 2/19/21

Gary D. Dennison
Attorney for the Defendant

Respectfully submitted,

NICHOLAS GANJEI
ACTING UNITED STATES ATTORNEY

Russell James
Assistant United States Attorney
Eastern District of Texas
350 Magnolia, Suite 150
Beaumont, Texas 77701
409/839-2538
409/839-2550 Fax
Texas Bar No. 24071416